# In The United States Court of Federal Claims

## Cover Sheet

04-0125C

Plaintiff(s) or Petitioner(s)

Niagara Mohawk Power Corporation; New York State Electric & Gas Corporation; Rochester Gas and Electric Corporation; Central Hudson Gas & Electric Corporation

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] M. Stanford Blanton

Firm Name: Balch & Bingham LLP

Post Office Box: ______

Street Address: 1710 Sixth Avenue North

City-State-Zip: Birmingham, Alabama 35203

Telephone & Facsimile Numbers (T) (205) 226-3417 (F) (205) 226-8798

E-mail address: sblanton@balch.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: ~~514~~ 134

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Taking without just compensation - relating to contract for spent nuclear fuel removal.

**See attached Sheet for three digit code.**

Amount Claimed: $ To be determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** ______

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003