IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JAN 29 2004
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **NIAGARA MOHAWK POWER CORPORATION, NEW YORK STATE ELECTRIC & GAS CORPORATION, ROCHESTER GAS AND ELECTRIC CORPORATION, AND CENTRAL HUDSON GAS & ELECTRIC CORPORATION,** | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION NO.** |
| **v.** | ) | **04-0125C** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1, RCFC, Niagara Mohawk Power Corporation ("NMPC"), New York State Electric & Gas Corporation ("NYSEG"), Rochester Gas and Electric Corporation ("RG&E"), and Central Hudson Gas & Electric Corporation ("CHGE") through its undersigned counsel respectfully submits the following corporate disclosure statement:

NMPC is the wholly owned subsidiary of Niagara Mohawk Holdings, Inc., which is a wholly owned subsidiary of National Grid USA, which is a wholly owned subsidiary of National Grid Holdings, Inc, which is subsidiary of National Grid Transco, a United Kingdom company. National Grid USA is a registered holding company under the Public Utility Holding Company Act of 1935.

NYSEG is the wholly owned subsidiary RGS Energy Group, which is a wholly owned subsidiary of Energy East Corporation. Energy East Corporation is a registered holding company under the Public Utility Holding Company Act of 1935.

RG&E is a wholly owned subsidiary of RGS Energy Group, which is a wholly owned subsidiary of Energy East Corporation. Energy East Corporation is a registered holding company under the Public Utility Holding Company Act of 1935.

CHGE is a wholly owned subsidiary of CH Energy Group, Inc. CH Energy Group, Inc. is a publicly held corporation.

Dated: January 29, 2004

M. Stanford Blanton by Warren Belmar
WARREN BELMAR

M. Stanford Blanton
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

COUNSEL OF RECORD FOR PLAINTIFFS, NIAGARA MOHAWK POWER CORPORATION NEW YORK STATE ELECTRIC & GAS CORPORATION, ROCHESTER GAS AND ELECTRIC CORPORATION, AND CENTRAL HUDSON GAS & ELECTRIC CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following by United States mail, properly addressed and postage prepaid, upon all counsel of record in this case.

Kevin B. Crawford
Heide L. Herrmann
Timothy P. McIlmail
R. Alan Miller
Russell A. Shultis
Victoria Strohmeyer
Marian E. Sullivan
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Robert D. McCallum, Jr.
Assistant Attorney General
David M. Cohen
Director
Harold D. Lester, Jr.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Jane K. Taylor
Martha S. Crosland
L. Dow Davis, IV
Office of General Counsel
Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

Dated this 29TH day of January, 2004.

M. Stanford Blanton by Warren Belmar
WARREN BELMAR

M. Stanford Blanton
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

**OF COUNSEL:**

M. Stanford Blanton
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798