IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NIAGARA MOHAWK POWER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-0125C<br>(Judge Allegra) |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Harold D. Lester, Jr. as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

Dated: March 29, 2004

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 305-7562
Telecopy: (202) 307-2503

CERTIFICATE OF FILING

I hereby certify that on this 29th day of March 2004, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.