# In The United States Court of Federal Claims

No. 04-0125 C

(Filed: May 14, 2004)

NIAGARA MOHAWK POWER CORPORATION, NEW YORK STATE ELECTRIC & GAS CORPORATION, ROCHESTER GAS AND ELECTRIC CORPORATION, AND CENTRAL HUDSON GAS & ELECTRIC CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A status conference will be held in this case at 2:00 p.m. (EST), on Friday, May 21, 2004, in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the conference.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge