# In The United States Court of Federal Claims

No. 04-0125 C

(Filed: May 21, 2004)

NIAGARA MOHAWK POWER CORPORATION, NEW YORK STATE ELECTRIC & GAS CORPORATION, ROCHESTER GAS AND ELECTRIC CORPORATION, AND CENTRAL HUDSON GAS & ELECTRIC CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On May 21, 2004, a status conference was held in this case, in which Melvin Stanford Blanton, for plaintiffs, and Harold Dewitt Lester, Jr., for defendant, were participants. In accordance with the discussion held therein, the parties shall proceed as follows:

1. On or before June 18, 2004, defendant shall file a motion for summary judgment addressing the one-time fee issue. Plaintiffs' response and defendant's reply to that motion shall be filed in accordance with the timing provisions of the Rules of the U.S. Court of Federal Claims.

2. Should either party determine that the handling of the summary judgment motion involves unanticipated procedural hurdles, it may contact the court to schedule a further status conference in this matter.

3. All other proceedings in this case shall be stayed pending resolution of defendant's motion, or until further order of the court.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge