IN THE UNITED STATES COURT OF FEDERAL CLAIMS

NIAGARA MOHAWK POWER CORPORATION, *et al.* )
)
Plaintiffs, )
)
v. ) No. 04-0125C
) (Judge Allegra)
UNITED STATES OF AMERICA, )
)
Defendant. )

DEFENDANT'S MOTION FOR LEAVE TO FILE STATUS REPORT

Defendant, the United States, respectfully requests that the Court grant leave to allow defendant to submit a status report. The status report that we wish to file accompanies this motion. The status report is necessary to identify to the Court information that counsel for defendant has learned since the parties' status conference with the Court on May 21, 2004, that affects the appropriateness of filing the motion for summary judgment that the parties discussed during the May 21, 2004 status conference. Accordingly, defendant respectfully requests that the Court grant leave for defendant to file the accompanying status report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

June 23, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 23rd day of June 2004, a copy of foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.