# In the United States Court of Federal Claims

**ELECTRONIC CASE FILING**
**(Filed July 8, 2004)**

| | | |
|---|---|---|
| **NIAGARA MOHAWK POWER CORPORATION, et al.**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | ) | **No. 04-125C**<br>**(Judge F. M. Allegra)** |

**PLAINTIFFS' NIAGARA MOHAWK POWER CORPORATION, NEW YORK STATE ELECTRIC & GAS CORPORATION, ROCHESTER GAS AND ELECTRIC CORPORATION, AND CENTRAL HUDSON GAS & ELECTRIC CORPORATION'S RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO FILE STATUS REPORT**

Plaintiffs consent to Defendant's June 23, 2004, Motion for Leave to File Status Report. Plaintiffs further consent to Defendant's request in its June 23, 2004, Status Report that the Court continue to stay the proceedings in this case until December 31, 2004, at which time the parties may file status reports with the Court regarding the appropriateness of continuing the stay further.

Dated: July 8, 2004

Respectfully submitted,

s/ M. Stanford Blanton
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798
COUNSEL OF RECORD FOR PLAINTIFFS NIAGARA MOHWAK POWER CORPORATION, NEW YORK STATE ELECTRIC & GAS CORPORATION, ROCHESTER GAS AND ELECTRIC CORPORATION, AND CENTRAL HUDSON GAS & ELECTRIC CORPORATION

**OF COUNSEL:**

Ed R. Haden
K.C. Hairston
BALCH & BINGHAM LLP
1710 Sixth Avenue North
P. O. Box 306
Birmingham, AL 35204
Phone: (205) 251-8100
Fax: (205) 226-8798

## CERTIFICATE OF FILING

I hereby certify that on this 8th day of July, 2004, I caused a copy of the foregoing to be filed electronically with the Court. Pursuant to the Court's General Order No. 2003-42, Part V., the Notice of Electronic Filing generated by the Court's Electronic Filing System at the time the foregoing was filed was automatically sent to all participants who are registered to use the Electronic Filing System. Pursuant to the Court's General Order No. 2003-42, Part V., electronic notification constitutes service under RCFC 5 and proof of service under RCFC 5.1.

s/ M. Stanford Blanton