# In The United States Court of Federal Claims

No. 04-0125 C

(Filed: August 4, 2004)

---

NIAGARA MOHAWK POWER CORPORATION,
NEW YORK STATE ELECTRIC & GAS
CORPORATION, ROCHESTER GAS AND
ELECTRIC CORPORATION, AND CENTRAL
HUDSON GAS & ELECTRIC CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On May 21, 2004, the court issued an order requiring defendant to file a summary judgment motion on or before June 18, 2004. On June 23, 2004, defendant filed a status report explaining why it no longer perceived a motion for summary judgment as appropriate. Accordingly, the briefing schedule set forth in the May 21, 2004, order is hereby **REVOKED**.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge