CERTIFICATE OF FILING

I hereby certify that on this 8th day of December 2004, a copy of foregoing "DEFENDANT'S NOTICE OF DIRECTLY-RELATED CASES, AND DEFENDANT'S MOTION TO TRANSFER AND CONSOLIDATE IN ACCORDANCE WITH RCFC 40.2(a)(3) AND 42.1" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.