# In The United States Court of Federal Claims

No. 04-0125C

(Filed: March 16, 2005)

---

NIAGARA MOHAWK POWER CORPORATION, NEW YORK STATE ELECTRIC & GAS CORPORATION, ROCHESTER GAS AND ELECTRIC CORPORATION, AND CENTRAL HUDSON GAS & ELECTRIC CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

Pursuant to RCFC 40.1(b), and further pursuant to the concurrence of Judge Lawrence S. Margolis, it is **ORDERED** that this civil action shall be transferred to Judge Lawrence S. Margolis. The Clerk shall take the action necessary to reflect this transfer on the docket of the court.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge